# United States Court of Appeals
## For the First Circuit

No. 09-1429

UNITED STATES OF AMERICA,

Appellee,

v.

RICARDO RODRIGUEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on December 28, 2010 is amended as follows:

On page 2, line 16, change "108-130" to "108-135"